UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ESTABAN SANCHEZ-DELGADO,

    Petitioner,

v.

FEDERAL BUREAU OF PRISONS,

    Respondent.

No. C05-0019-MJP

ORDER DENYING HABEAS CORPUS PETITION

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer and the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. #13) is DENIED; and this matter is DISMISSED without prejudice;

(3) The Clerk is directed to send copies of this Order to the Petitioner and to the Honorable Monica J. Benton.

DATED this 7th day of November, 2005.

Marsha J. Pechman
United States District Judge

ORDER
PAGE - 1